**FILED**

May 25, 2006
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA, )
                            )
      Plaintiff,         )
v.                           )
                            )
DEBRA ROBERTS,        )
                            )
      Defendant.      )

Case No. MAG 06-0143 GGH

ORDER FOR RELEASE OF
PERSON IN CUSTODY

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release __DEBRA ROBERTS__ , Case No. __MAG 06-__

__0143 GGH__ , Charge __Title 18 USC § 1029 (a)(1)__ , from custody subject to the conditions

contained in the attached "Notice to Defendant Being Released" and for the following reasons:

      X    Release on Personal Recognizance

      __    Bail Posted in the Sum of $_____

            __    Unsecured Appearance Bond $_____

            __    Appearance Bond with 10% Deposit

            __    Appearance Bond with Surety

            __    Corporate Surety Bail Bond

            X    (Other)    *With Pretrial Services*

            *Supervision on conditions.*

This release order is not effective until the date defendant has signed and understands the

attached "Notice to Defendant Being Released".

Issued at __Sacramento, CA__ on __May 25, 2006__ at __12:02 p.m.__.

By _____

Dale A. Drozd
United States Magistrate Judge

Original - U.S. Marshal