MCGREGOR W. SCOTT
United States Attorney
MATTHEW D. SEGAL
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2708

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO. MAG 06-143 GGH |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | STIPULATION AND ORDER TO |
| ) | EXTEND TIME FOR PRELIMINARY |
| DEBRA ROBERTS, ) | EXAMINATION AND EXCLUDE TIME |
| ) | |
| Defendant. ) | |
| _____) | |

The parties agree that time beginning July 14, 2006 and extending through August 18, 2006 should be excluded from the calculation of time under the Speedy Trial Act.  Further, the Defendant consents to an extension of the time for preliminary examination until August 18, 2006. Fed. R. Crim. P. 5.1(d).  The parties submit that the ends of justice are served by the Court excluding such time, so that they may have reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  18 U.S.C. § 3161(h)(8)(B)(iv).  In particular, the time is required so that the government and defense may evaluate the evidence in this case and possibly reach a pre-indictment disposition.  The parties stipulate that this interest of justice outweighs the interest of the public and the

1

defendant in a speedy filing of an indictment or information, 18 U.S.C. §§ 3161(b), (h)(8)(A), and further that this good cause outweighs the public's interest in the prompt disposition of criminal cases.  Fed. R. Crim. P. 5.1(d).

The parties further request that this matter be taken off calendar until August 18, 2006, or such time as either party may request a hearing for a purpose other than preliminary examination.

```
                                        Respectfully Submitted,

                                        McGREGOR W. SCOTT
                                        United States Attorney


DATE: July 12, 2006          By:    /s/ Matt Segal
                                    MATTHEW D. SEGAL
                                    Assistant U.S. Attorney


DATE: July 12, 2006                  /s/ J. Toney
                                    J. TONEY
                                    Counsel for Debra Roberts
```

**SO ORDERED.**

DATED: July 13, 2006.

_Dale A. Drozd_
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

Ddad1/orders.criminal/roberts0143.stipord(2)