```
 1  MCGREGOR W. SCOTT
    United States Attorney
 2  MATTHEW D. SEGAL
    Assistant U.S. Attorney
 3  501 I Street, Suite 10-100
    Sacramento, California 95814
 4  Telephone: (916) 554-2708
 5
 6
 7              IN THE UNITED STATES DISTRICT COURT
 8            FOR THE EASTERN DISTRICT OF CALIFORNIA
 9
10  UNITED STATES OF AMERICA,    )   CASE NO. MAG 06-143 GGH
                                 )
11            Plaintiff,         )
                                 )
12       v.                      )   STIPULATION AND ORDER TO
                                 )   EXTEND TIME FOR PRELIMINARY
13  DEBRA ROBERTS,               )   EXAMINATION AND EXCLUDE TIME
                                 )
14            Defendant.         )
    _____)
15
```

16      The parties agree that time beginning July 14, 2006 and
17 extending through September 29, 2006 should be excluded from the
18 calculation of time under the Speedy Trial Act.  Further, the
19 Defendant consents to an extension of the time for preliminary
20 examination until Sept. 29, 2006.  Fed. R. Crim. P. 5.1(d).  The
21 parties submit that the ends of justice are served by the Court
22 excluding such time, so that they may have reasonable time
23 necessary for effective preparation, taking into account the
24 exercise of due diligence.  18 U.S.C. § 3161(h)(8)(B)(iv).  In
25 particular, the time is required so that the government and
26 defense may evaluate the evidence in this case and possibly reach
27 a pre-indictment disposition.  The parties stipulate that this
28 interest of justice outweighs the interest of the public and the

1

defendant in a speedy filing of an indictment or information, 18 U.S.C. §§ 3161(b), (h)(8)(A), and further that this good cause outweighs the public's interest in the prompt disposition of criminal cases.  Fed. R. Crim. P. 5.1(d).

The parties further request that this matter be taken off calendar until Sept. 29, 2006, or such time as either party may request a hearing for a purpose other than preliminary examination.

Respectfully Submitted,

McGREGOR W. SCOTT
United States Attorney

DATED August 17, 2006        By:   /s/ Matt Segal

MATTHEW D. SEGAL
Assistant U.S. Attorney

DATE: August 17, 2006              /s/ J. Toney

J. TONEY
Counsel for Debra Roberts

**SO ORDERED.**  8/23/06

/s/ Gregory G. Hollows
_____
U.S. Magistrate Judge


roberts.ord