1 | MCGREGOR W. SCOTT
United States Attorney
2 | MATTHEW D. SEGAL
Assistant U.S. Attorney
3 | 501 I Street, Suite 10-100
Sacramento, California 95814
4 | Telephone: (916) 554-2708

5

6

7         IN THE UNITED STATES DISTRICT COURT

8         FOR THE EASTERN DISTRICT OF CALIFORNIA

9

10 | UNITED STATES OF AMERICA,           )   CASE NO. MAG 06-143 GGH
                                        )
11 |              Plaintiff,             )
                                        )
12 |      v.                             )   STIPULATION AND ORDER TO
                                        )   EXTEND TIME FOR PRELIMINARY
13 | DEBRA ROBERTS,                      )   EXAMINATION AND EXCLUDE TIME
                                        )
14 |              Defendant.             )
                                        )
15

16    The parties agree that time beginning October 26, 2006 and
17 extending through November 30, 2006 should be excluded from the
18 calculation of time under the Speedy Trial Act.  Further, the
19 Defendant consents to an extension of the time for preliminary
20 examination until November 30, 2006.  Fed. R. Crim. P. 5.1(d).
21 The parties submit that the ends of justice are served by the
22 Court excluding such time, so that they may have reasonable time
23 necessary for effective preparation, taking into account the
24 exercise of due diligence.  18 U.S.C. § 3161(h)(8)(B)(iv).  In
25 particular, the time is required so that the government and
26 defense may evaluate the evidence in this case and possibly reach
27 a pre-indictment disposition.  The parties are working diligently
28 towards that end.  The parties stipulate that this interest of

1

1  justice outweighs the interest of the public and the defendant in
2  a speedy filing of an indictment or information, 18 U.S.C. §§
3  3161(b), (h)(8)(A), and further that this good cause outweighs
4  the public's interest in the prompt disposition of criminal
5  cases.  Fed. R. Crim. P. 5.1(d).
6       The parties further request that this matter be taken off
7  calendar until November 30, 2006, or such time as either party
8  may request a hearing for a purpose other than preliminary
9  examination.

Respectfully Submitted,

McGREGOR W. SCOTT
United States Attorney

DATE: September 28, 2006    By:   /s/ Matt Segal
                                  MATTHEW D. SEGAL
                                  Assistant U.S. Attorney

DATE: September 28, 2006          /s/ J. Toney
                                  J. TONEY
                                  Counsel for Debra Roberts

**SO ORDERED.**  10/27/06

/s/ Gregory G. Hollows

HON. GREGORY G. HOLLOWS
U.S. Magistrate Judge

roberts143.ord-2