1 MCGREGOR W. SCOTT
  United States Attorney
2 MATTHEW D. SEGAL
  Assistant U.S. Attorney
3 501 I Street, Suite 10-100
  Sacramento, California 95814
4 Telephone: (916) 554-2708

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO. MAG 06-143 GGH |
| Plaintiff, ) | |
| v. ) | STIPULATION AND ORDER TO EXTEND TIME FOR PRELIMINARY |
| DEBRA ROBERTS, ) | EXAMINATION AND EXCLUDE TIME |
| Defendant. ) | |

The parties agree that time beginning November 30, 2006 and extending through December 20, 2006 should be excluded from the calculation of time under the Speedy Trial Act.  Further, the Defendant consents to an extension of the time for preliminary examination until December 20, 2006.  Fed. R. Crim. P. 5.1(d). The parties submit that the ends of justice are served by the Court excluding such time, so that they may have reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  18 U.S.C. § 3161(h)(8)(B)(iv).  In particular, the time is required so that the government and defense may evaluate the evidence in this case and possibly reach a pre-indictment disposition.  The parties are working diligently towards that end.  The parties stipulate that this interest of

1

justice outweighs the interest of the public and the defendant in a speedy filing of an indictment or information, 18 U.S.C. §§ 3161(b), (h)(8)(A), and further that this good cause outweighs the public's interest in the prompt disposition of criminal cases.  Fed. R. Crim. P. 5.1(d).

The parties further request that this matter be taken off calendar until December 20, 2006, or such time as either party may request a hearing for a purpose other than preliminary examination.

                                      Respectfully Submitted,

                                      McGREGOR W. SCOTT
                                      United States Attorney

DATE: November 29, 2006       By:   /s/ Matt Segal
                                      MATTHEW D. SEGAL
                                      Assistant U.S. Attorney

DATE: November 29, 2006           /s/ J. Toney
                                      J. TONEY
                                      Counsel for Debra Roberts

IT IS SO ORDERED

DATED: November 30, 2006.

                                      /s/ Dale A. Drozd
                                      DALE A. DROZD
                                      UNITED STATES MAGISTRATE JUDGE

Ddad1/orders.criminal/roberts0143.ord